BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
1 South Rosamond Blvd.
Edwards AFB, CA 93524
Phone: (661) 277-4310
Fax: (661) 277-2887
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Citation Number:  4421891 |
| Plaintiff, | & |
| | Citation Number:  4421892 |
| v. | |
| SIDNEY HILL III, | **PLEA AGREEMENT** |
| Defendant. | |

Pursuant to Rule 11(c) of the Federal Rules of Criminal Procedure, the United States of America, by and through Benjamin B. Wagner, the United States Attorney for the Eastern District of California, and Special Assistant United States Attorney Christopher R. Pilch, and Defendant SIDNEY HILL, III, have agreed as follows:

**I.  Agreements by the Defendant.**

A.  The Defendant agrees that this Plea Agreement shall be filed with the Court and become a part of the record of the case.

B.  The Defendant agrees to enter a plea of guilty to Citation No:  4421891.

C.  The Defendant acknowledges that his plea of guilty is voluntary and that no force, threats, promises, or representations have been made to anybody, nor agreement reached, other than those set forth expressly in this Plea Agreement, to induce the Defendant to plead guilty.

D.  Defendant agrees to pay a one hundred and twenty-five dollar ($125.00) fine, inclusive of all penalty assessments.

E. If the Defendant is not a citizen of the United States, the Defendant hereby acknowledges that adverse immigration consequences, including but not limited to removal from the United States, exclusion from admission into the United States, and/or denial of naturalization in the United States, may result from his plea.

F. The Defendant acknowledges that this agreement has no bearing on any potential administrative action that the Defendant's employer seeks to pursue.

**II.  Agreements by the Government.**

A. The Government agrees to move for dismissal of Citation Number 4421892.

B. The Government agrees to recommend a fine of one hundred and twenty-five dollar ($125.00) for Citation Number 4421891.

C. The Government agrees to waive any mandatory appearance requirement for the Defendant upon execution of this agreement.

**III.  Nature, Elements, and Possible Defenses.**

The Defendant has read the charge against him contained in the citation.  Further, the Defendant fully understands the nature and elements of the crime in the information to which he is pleading guilty, together with the possible defenses thereto, and has had an opportunity to discuss them with an attorney.

**IV.  Factual Basis.**

The Defendant concedes that he will plead, and is pleading, guilty to the crimes set forth in the Citation, because he is, in fact, guilty of that offense.  The Defendant also agrees that the following are the true and correct facts of this case: on April 4, 2016, at or near Edwards Air Force Base, in the State and Eastern District of California, and in the special maritime and territorial jurisdiction of the United States, the Defendant, SIDNEY HILL III, did drive a vehicle upon a two-lane, undivided highway at a speed greater than 55 miles per hour when that portion thereof was not posted for a higher speed by the appropriate local agency.

**V.  Waiver of Rights.**

The Defendant understands that by pleading guilty he surrenders certain rights, including the following:

A. If the Defendant persisted in a plea of not guilty to the charges against him, he would have the right to a trial.

B. At a trial, the Government would be required to present its witnesses and other evidence against the Defendant, and prove each element of the charge against the Defendant beyond a reasonable doubt. The Defendant would be able to confront those Government witnesses and his attorney would be able to cross-examine them. In turn, the Defendant could present witnesses and other evidence on his own behalf. If the witnesses for the Defendant would not appear voluntarily, he could require their attendance through the subpoena power of the Court.

C. At a trial, the Defendant would have a privilege against self-incrimination so that he could decline to testify, and no inference of guilt could be drawn from this refusal to testify. The Defendant understands that by pleading guilty he is waiving all of the rights set forth above, and acknowledges that he understands those rights and the consequences of his waiver of those rights.

**VI. Entire Agreement.**

This plea of guilty is freely and voluntarily made and is not the result of force or threats, or of any promises apart from those specifically set forth in this Plea Agreement. This written agreement sets forth all of the terms of the agreement and is enforceable only as to the terms set forth herein.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 29, 2016

CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney

DATED: September 29, 2016

SIDNEY HILL III
Defendant

3

**O R D E R**

The Court accepts the Plea Agreement, finds a sufficient factual basis for the plea, and finds Defendant, SIDNEY HILL III, guilty of Citation Number 4421891.  The Court sentences SIDNEY HILL III to pay a one hundred and twenty-five dollar ($125.00) fine.  It is hereby ordered that Citation Number 4421892 against SIDNEY HILL III be dismissed without prejudice, in the interest of justice.  No further appearances are required.

IT IS SO ORDERED.

Dated: **September 29, 2016**              /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE